**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
BERNADETTE S. BILLY-LERA,          :
                                   :
          Plaintiff,               :
                                   :
     v.                            :  Civil Action No. 05-1273 (JR)
                                   :
JOHN W. SNOW, Secretary, U.S.      :
Department of the Treasury,        :
                                   :
          Defendant.               :
```

## NOTICE

The plaintiff will TAKE NOTICE that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on December 28, 2005, unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

```
                         JAMES ROBERTSON
                    United States District Judge
```