UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERNADETTE S. BILLY-LERA, )
)
    Plaintiff )
)
vs. )
) Case No. 1:05CV01273 (JR)
JOHN W. SNOW, Secretary )
    U.S. Department of the Treasury, )
)
    Defendant )

ANSWER

Comes now the Defendant, John W. Snow, Secretary of the U.S. Department of the Treasury, by counsel, and for Answer to the Plaintiff's Complaint, alleges and says as follows:

The first un-numbered paragraph of the Plaintiff's Complaint is plaintiff's characterization of the Complaint, to which no response is required. To the extent a response is required, defendant denies that it took any actions to retaliate against, harass or create a hostile work environment. Defendant also denies that any investigative file, which is not attached to plaintiff's complaint, is incorporated into the pleading by reference.

Defendant answers the numbered paragraphs of the complaint, using the same numeration, as follows:

THE PARTIES

1. Admit.

2. Admit.

JURISDICTION

3. Admit.

4.     Admit.

5.     Admit.

## BACKGROUND

6.     Deny.

7.     Deny.

8.     Deny.

9.     Deny.

10.    Deny.

11.    Deny.

12.    Deny.

13.    The Defendant lacks knowledge and information sufficient to form a belief as to the truth of the Plaintiff's allegation number 13, and therefore denies the same.

14.    Deny.

15.    Deny.

16.    Deny.

17.    Deny.

18.    Deny.

19.    Deny.

20.    Deny.

21.    The Defendant admits that it restricted Plaintiff to approximately 90 minutes to review her EPF. As to the allegation that undefined, plural "items" were placed in Plaintiff's EPF that were never discussed with Billy-Lera, the Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegation and therefore denies the same.

## Count I: Wrongful Discrimination

Paragraphs 1-21 are incorporated by reference as though fully set forth herein.

22-25. Paragraphs 22-25 consist of plaintiff's prayer for relief to which no response is required. To the extent a response is deemed to be required, defendant denies that plaintiff is entitled to any relief.

## Count II: Privacy Act Violation

Paragraphs 1-25 are incorporated by reference as though fully set forth herein

26.     Deny.

27.     Paragraph 27 consists of plaintiff's prayer for relief to which no response is required. To the extent a response is deemed to be required, defendant denies that plaintiff is entitled to any relief.

## Prayer for Relief

This unnumbered paragraph consists of plaintiff's prayer for relief to which no response is required. To the extent a response is deemed to be required, defendant denies that plaintiff is entitled to any relief.

## Jury Trial Demand

Defendant denies that plaintiff has a right to jury trial concerning the alleged privacy act violation.

Defendant hereby specifically denies any allegation not specifically admitted.

## First Affirmative Defense

The Complaint herein fails to state a claim entitling the Plaintiff to relief.

Second Affirmative Defense

The Plaintiff suffered no adverse employment action or other harm entitling her to relief.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


_____
RHONDA C. FIELDS
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-6970


OF COUNSEL:

ROBERT M. MIRKOV
Office of Chief Counsel
General Legal Services
Department of Treasury