UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Bernadette S. Billy-Lera,<br>    15910 Elf Stone Ct.<br>    Bowie, MD 20716<br>        Plaintiff<br>vs.<br><br>John W. Snow, Secretary<br>    US Department of the Treasury,<br>    1500 Pennsylvania Ave., NW<br>    Washington, DC<br>        Defendant | Case No. 1:05CV01273<br>Plaintiff Requests<br>A Jury Trial |

**AFFIDAVIT OF SERVICE**

I, Mark L. Leemon, hereby declare that on this **30th** day of **September** 2005, I served a copy of the summons and complaint by certified mail, return receipt requested to **the US Attorney for DC, the US Attorney General, and the U.S. Treasurer.**

Attached is the green card acknowledging service:


_____
Mark L. Leemon
(DC Bar No. 338-669)
11501 Georgia Ave. Suite 307
Wheaton, MD 20902
(301) 946-2112

RECEIVED
DEC 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1820 0001 7468 8476

| | |
|---|---|
| Postage $ | |
| Certified Fee | $1.75 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $1.75 |
| Total Postage & Fees $ | $0.00 |

Postmark: SILVER SPRING, MD WHEATON BR, SEP 30 2005, USPS

Sent To: US Atty for DC
Street, Apt. No.; or PO Box No.: 555 4th St NW
City, State, ZIP+4: Wash DC 20001

PS Form 3800, June 2002  See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1820 0001 7468 8452

| | |
|---|---|
| Postage $ | $1.75 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $5.80 |

Postmark: SILVER SPRING, MD WHEATON BR, SEP 30 2005, USPS  09/30/2005

Sent To: Sec'y John Snow / Dept of Treas.
Street, Apt. No.; or PO Box No.: 1500 Penn. Ave NW
City, State, ZIP+4: Wash DC 20003

PS Form 3800, June 2002  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1820 0001 7468 8469

| | |
|---|---|
| Postage $ | $1.75 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $5.80 |

Postmark: SILVER SPRING, MD WHEATON BR, SEP 30 2005, USPS

Sent To: US Atty General
Street, Apt. No.; or PO Box No.: 950 Penn. Ave NW
City, State, ZIP+4: Wash DC 20530

PS Form 3800, June 2002  See Reverse for Instructions

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Secty John Snow
   Dept. Of Treasury
   1500 Penn. Ave NW
   WASH. DC

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X M. Milletto — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): OCT - 7 2005
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7468 8452

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Atty General
   950 Penn. Ave NW
   WASH DC 20530

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): OCT 0 4 2005
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7468 8469

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Atty for DC
   555 4th St NW
   WASH. DC 20001

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X — ☐ Agent ☐ Addressee
- B. Received by (Printed Name):
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7468 8476

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

```
                WHEATON PO
           SILVER SPRING, Maryland
                  209029998
                1050050902-0093
   09/30/2005    (301)929-7831    03:06:16 PM

   ──────────── Sales Receipt ────────────
   Product        Sale    Unit      Final
   Description    Qty     Price     Price

   80c McKinley    1      $0.80     $0.80
   PSA
   WASHINGTON DC 20530              $1.75
   First-Class
     Return Receipt (Green Card)    $1.75
     Certified                      $2.30
     Label Serial #:  70051820000174688469
                                   ========
            Issue PVI:              $5.80

   WASHINGTON DC 20001              $1.75
   First-Class
     Return Receipt (Green Card)    $1.75
     Certified                      $2.30
     Label Serial #:  70051820000174688476
                                   ========
            Issue PVI:              $5.80

   WASHINGTON DC 20003              $1.75
   First-Class
     Return Receipt (Green Card)    $1.75
     Certified                      $2.30
     Label Serial #:  70051820000174688452
                                   ========
            Issue PVI:              $5.80

   Total:                          $18.20

   Paid by:
   Visa                            $18.20
      Account #        XXXXXXXXXXXXX9356
      Exp.             05/08
      Approval #:      00560A
      Transaction #:   331
      23 902891365

   Order stamps at USPS.com/shop or call
   1-800-Stamp24.  Go to
   USPS.com/clicknship to print shipping
   labels with postage.  For other
   information call 1-800-ASK-USPS.
   Bill#:   1000702001040
   Clerk:   06

   — All sales final on stamps and postage. —
        Refunds for guaranteed services only.
             Thank you for your business.
                    Customer Copy
```