UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNADETTE BILLY-LERA )<br>    Plaintiff, )<br> )<br>v.  )<br> )<br>JOHN W. SNOW, Secretary, )<br>U.S. Treasury Department, )<br>    Defendant. )<br> ) | Civil Action No. 05-1273 (JR) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**

Defendant respectfully submits this statement of facts as to which there is no genuine issue:

1. Plaintiff is a GS-13 Revenue Agent employed by the Internal Revenue Service (IRS). Complaint at ¶1.

2. On or about June 21, 2001, plaintiff filed an EEO complaint. Complaint at ¶6, Billy-Lera affidavit ROI at 171, ¶6. The Complaint alleged discrimination based on national origin, race and sex. Billy-Lera affidavit, ROI at 172, ¶7. The alleged discriminating officials were three prior supervisors, Robert Mosely, Tess Tillotson and Jeannie Fisher. *Id*. at ¶9.

3. From approximately July 25, 2001 until November 12, 2001, Evelyn Stephens was detailed to be the International Manager of the International Compliance income tax group in Washington, D.C. Stephens Dec. at ¶¶ 5-6.

4. While Ms. Stephens was acting, she approved three travel vouchers which were approved in October 2001. ROI at p. 94.

5. Ms. Stephens was selected to be the permanent manager of the group later in November 2001. Stephens Dec. at ¶ 18. However, she stayed in Pittsburg on use or lose annual leave, and did not report to Washington until mid-January 2002. *Id.*

6. During December 2001, Ms. Stephens was contacted at home in Pittsburgh since Ms. Fisher and Tillotson could not find one of plaintiff's case files. Stephens Dec. at ¶ 22. Ms. Stephens called plaintiff at her home to inquire about the location of the file. Plaintiff stated that she had the tax return and case file at her home. *Id.*

7. Ms. Stephens also called plaintiff at her home during December 2001 in response to plaintiff's call to Stephens concerning requesting additional sick or annual leave. Stephens Dec. at ¶ 22

8. Plaintiff's April 30, 2002 performance appraisal rated her 3 (fully successful) for two critical elements. ROI at 184. Plaintiff's overall performance rating from Ms. Stephens was "Exceeds Fully Successful." *Id.* at 451.

9. Ms Stephens on occasion went to plaintiff's cubicle to obtain case files. ROI 176, Stephens Dec. at ¶34.

10. When one of plaintiff's case files came to Ms. Stephens for various reasons, Ms. Stephens would review or spot check plaintiff's case files and note deficiencies or other issues, without prior notice to plaintiff that she might do such reviews. Stephen Dec. at ¶24.

11. The report for plaintiff's cases showed that in 2001, plaintiff had approximately 15 cases with 32 tax years in her inventory Stephens Dec. at ¶29. One had been assigned 1,114 days; 9 tax years were over 500-873 days old, and 4 were over 200 days old. *Id.*

12  Plaintiff first contacted the EEOC on May 20, 2002, concerning her claims of retaliation.  ROI at p2.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451048
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar No.  434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20001
(202) 514-6970

Of Counsel:

Robert M. Mirkov
Office of Chief Counsel - I.R.S.
General Legal Services
950 L'Enfant Plaza, SW - 2nd Floor
Washington, DC   20024