**EXAMINATION BRANCH**
**TIME & ATTENDANCE SHEET**

EMPLOYEE: Billy-Tera, Bernadette
PAY PERIOD: 2-9-02.

|  | Beginning Balance | Earn | Used | Ending Balance |
|---|---|---|---|---|
| ANNUAL |  |  |  |  |
| SICK |  |  |  |  |
| CREDIT |  |  |  |  |
| COMP |  |  |  |  |

| DATES | EMP. Init | TIME IN | TIME OUT | AMNT & TYPE OF LEAVE | COMMENT |
|---|---|---|---|---|---|
| SUN |  |  |  |  |  |
| MON 1/28 | flexi place |  |  |  |  |
| TUES 1/29 | B | 8:00 | 4:30 |  |  |
| WED 1/30 |  | 8:00 | 4:30 |  |  |
| THUR 1/31 |  | 8:00 | 4:30 |  |  |
| FRI 2/1 | flexi place |  |  |  |  |
| SAT |  |  |  |  |  |
| SUN |  |  |  |  |  |
| MON 2/4 | Flexiplace |  |  |  |  |
| TUES 2/5 | Flexiplace |  |  |  |  |
| WED 2/6 |  | 8:00 | 4:30 |  |  |
| THUR 2/7 |  | 8:00 | 4:30 | 2 credit hrs |  |
| FRI 2/8 | flexi |  |  |  |  |
| SAT |  |  |  |  |  |

* PLEASE RETURN TO VICTORIA BY 10:00am on

*Bernadette*

**Group #11 Sign In Log**
~~IIII~~ IIII
**Week Ending Saturday**
2-2-03

| Date | Time In | Time Out | Comments Phone # if | Type of Leave | Employee Initial |
|------|---------|----------|---------------------|---------------|------------------|
| Sunday | | | | | |
| Monday 1/28 | 8:00 | 4:30 | | | |
| Tuesday 1/29 | 8:00 | 4:30 | | | |
| Wednesday 1/30 | 8:00 | 4:30 | | | |
| Thursday 1/31 | 8:00 | 4:30 | | | |
| Friday 2/1 | flexi | | | | |
| Saturday | | | | | |

| Manager' Signature |
|--------------------|
| |

## EXAMINATION BRANCH
## TIME & ATTENDANCE SHEET

EMPLOYEE:
PAY PERIOD: Billy Lee

|  | Beginning Balance | Earn | Used | Ending Balance |
|---|---|---|---|---|
| ANNUAL |  |  |  |  |
| SICK |  |  |  |  |
| CREDIT |  |  |  |  |
| COMP |  |  |  |  |

| DATES | EMP. Init | TIME IN | TIME OUT | AMNT & TYPE OF LEAVE | COMMENT |
|---|---|---|---|---|---|
| SUN 3/17 | Bernie ~ Rand Pool 705-605-2000 |  |  |  |  |
| MON 3/18 | Sheraton Hotel Toronto 416-361-1000 |  |  |  |  |
| TUES 3/19 |  |  |  |  |  |
| WED 3/20 |  |  |  |  |  |
| THUR 3/21 |  |  |  |  |  |
| FRI 3/22 |  | ↓ |  |  |  |
| SAT 3/23 |  |  |  |  |  |
| SUN 3/24 |  |  |  |  |  |
| MON 3/25 |  |  |  |  |  |
| TUES 3/26 |  | ↓ | Snowing in Canada / Flight cancelled |  |  |
| WED 3/27 |  | ↓ |  |  |  |
| THUR 3/28 |  | 7:00 | 3:30 | 1 CRW 1 CRT |  |
| FRI 3/29 |  | Flex |  | 4 CRT |  |
| SAT 3/30 |  |  |  |  |  |

PLEASE RETURN TO VICTORIA BY 10:00am on

## EXAMINATION BRANCH
## TIME & ATTENDANCE SHEET

EMPLOYEE: *Billy - Lera*

PAY PERIOD: 7

|  | Beginning Balance | Earn | Used | Ending Balance |
|---|---|---|---|---|
| ANNUAL |  |  |  |  |
| SICK |  |  |  |  |
| CREDIT |  |  |  |  |
| COMP |  |  |  |  |

| DATES | EMP. Init | TIME IN | TIME OUT | AMNT & TYPE OF LEAVE | COMMENT |
|---|---|---|---|---|---|
| SUN |  |  |  |  |  |
| MON 4/15 |  |  |  |  |  |
| TUES 4/16 |  |  |  |  |  |
| WED 4/17 |  |  |  |  |  |
| THUR 4/18 |  |  |  |  |  |
| FRI 4/19 |  | 4 A/L |  |  |  |
| SAT 4/20 |  |  |  |  |  |
| SUN 4/21 |  |  |  |  |  |
| MON 4/22 |  | 7:10 | 4:40 | 1 CRW |  |
| TUES 4/23 |  | 7:00 | 3:30 |  |  |
| WED 4/24 |  | 7:00 | 3:30 |  |  |
| THUR 4/25 |  | flexi place |  |  |  |
| FRI 4/26 |  | flexi place | Flexiplace |  |  |
| SAT |  |  |  |  |  |

PLEASE RETURN TO VICTORIA BY 10:00am on

**EXAMINATION BRANCH**
**TIME & ATTENDANCE SHEET**

EMPLOYEE: Billy Lera

PAY PERIOD:

|  | Beginning Balance | Earn | Used | Ending Balance |
|---|---|---|---|---|
| ANNUAL |  |  |  |  |
| SICK |  |  |  |  |
| CREDIT |  |  |  |  |
| COMP |  |  |  |  |

| DATES | EMP. Init | TIME IN | TIME OUT | AMNT & TYPE OF LEAVE | COMMENT |
|---|---|---|---|---|---|
| SUN 4/28 |  |  |  |  |  |
| MON 4/29 |  | — | S/L | 10:15 AM someone called in |  |
| TUES 4/30 |  | 7:00 | 3:30 | left 3:10 to go to Dr. |  |
| WED 5/1 |  | OFFICE |  |  |  |
| THUR 5/2 |  | Flexiplace |  |  |  |
| FRI 5/3 |  | Flexiplace |  |  |  |
| SAT 5/4 |  |  |  |  |  |
| SUN 5/5 |  |  |  |  |  |
| MON 5/6 |  | 7:00 – 3:30 | 9:30 – 4:00 |  |  |
| TUES 5/7 |  | 7:00 | 3:30 | OFFICE |  |
| WED 5/8 |  | 7:00 | 3:30 |  |  |
| THUR 5/9 |  |  |  | 8 Leave A/L |  |
| FRI 5/10 |  |  |  | Flexiplace |  |
| SAT 5/11 |  |  |  |  |  |

**PLEASE RETURN TO VICTORIA BY 10:00am on**

## EXAMINATION BRANCH
## TIME & ATTENDANCE SHEET

EMPLOYEE: Billy-Leen, Bernadette

PAY PERIOD: 2-9-02.

|  | Beginning Balance | Earn | Used | Ending Balance |
|---|---|---|---|---|
| ANNUAL |  |  |  |  |
| SICK |  |  |  |  |
| CREDIT |  |  |  |  |
| COMP |  |  |  |  |

| DATES | EMP. Init | TIME IN | TIME OUT | AMNT & TYPE OF LEAVE | COMMENT |
|---|---|---|---|---|---|
| SUN |  |  |  |  |  |
| MON 1/28 | flexi place |  |  |  |  |
| TUES 1/29 | JB | 8:00 | 4:30 |  |  |
| WED 1/30 |  | 8:00 | 4:30 |  |  |
| THUR 1/31 |  | 8:00 | 4:30 |  |  |
| FRI 2/1 | flexi place |  |  |  |  |
| SAT |  |  |  |  |  |
| SUN |  |  |  |  |  |
| MON 2/4 | Flexiplace |  |  |  |  |
| TUES 2/5 | Flexiplace |  |  |  |  |
| WED 2/6 |  | 8:00 | 4:30 |  |  |
| THUR 2/7 |  | 8:00 | 4:30 | 2 credit hrs |  |
| FRI 2/8 | flexi |  |  |  |  |
| SAT |  |  |  |  |  |

* PLEASE RETURN TO VICTORIA BY 10:00am on

*Bernodette*

**Group #11 Sign In Log**
~~5HI~~ /111
**Week Ending Saturday**
2-2-03

| Date | Time In | Time Out | Comments Phone # if | Type of Leave | Employee Initial |
|------|---------|----------|---------------------|---------------|------------------|
| Sunday | | | | | |
| Monday 1/28 | 8:00 | 430 | | | |
| Tuesday 1/29 | 8:00 | 4:30 | | | |
| Wednesday 1/30 | 8:00 | 4:30 | | | |
| Thursday 1/31 | 8:00 | 450 | | | |
| Friday 2/1 | flexi | | | | |
| Saturday | | | | | |

| Manager' Signature |
|---|
| |

**EXAMINATION BRANCH**
**TIME & ATTENDANCE SHEET**

EMPLOYEE:
PAY PERIOD:  BILLY LEA

|  | Beginning Balance | Earn | Used | Ending Balance |
|---|---|---|---|---|
| ANNUAL |  |  |  |  |
| SICK |  |  |  |  |
| CREDIT |  |  |  |  |
| COMP |  |  |  |  |

| DATES | EMP. Init | TIME IN | TIME OUT | AMNT & TYPE OF LEAVE | COMMENT |
|---|---|---|---|---|---|
| SUN 3/17 | Bernie ~ Rand Pool  705-605-2000 | | | | |
| MON 3/18 | Sheraton Hotel  Toronto  416-361-1000 | | | | |
| TUES 3/19 | | | | | |
| WED 3/20 | | | | | |
| THUR 3/21 | | | | | |
| FRI 3/22 | | ↓ | | | |
| SAT 3/23 | | | | | |
| SUN 3/24 | | | | | |
| MON 3/25 | | | | | |
| TUES 3/26 | | ↓ | | Snowing in Canada / Flight cancelled | |
| WED 3/27 | | ↓ | | | |
| THUR 3/28 | | 7:00 | 3:30 | 1 CRW 1 CRT | |
| FRI 3/29 | | Flex | | 4 CRT | |
| SAT 3/30 | | | | | |

PLEASE RETURN TO VICTORIA BY 10:00am on

**EXAMINATION BRANCH**
**TIME & ATTENDANCE SHEET**

EMPLOYEE: Billy-Lera

PAY PERIOD: 7

|  | Beginning Balance | Earn | Used | Ending Balance |
|---|---|---|---|---|
| ANNUAL |  |  |  |  |
| SICK |  |  |  |  |
| CREDIT |  |  |  |  |
| COMP |  |  |  |  |

| DATES | EMP. Init | TIME IN | TIME OUT | AMNT & TYPE OF LEAVE | COMMENT |
|---|---|---|---|---|---|
| SUN |  |  |  |  |  |
| MON 4/15 |  |  |  |  |  |
| TUES 4/16 |  |  |  |  |  |
| WED 4/17 |  |  |  |  |  |
| THUR 4/18 |  |  |  |  |  |
| FRI 4/19 |  | 4 A/L |  |  |  |
| SAT 4/20 |  |  |  |  |  |
| SUN 4/21 |  |  |  |  |  |
| MON 4/22 |  | 7:10 | 4:40 | 1 CRW |  |
| TUES 4/23 |  | 7:00 | 3:30 |  |  |
| WED 4/24 |  | 7:00 | 3:30 |  |  |
| THUR 4/25 |  | flexi place |  |  |  |
| FRI 4/26 |  | flexi place | Flexiplace |  |  |
| SAT |  |  |  |  |  |

PLEASE RETURN TO VICTORIA BY 10:00am on

**EXAMINATION BRANCH**
**TIME & ATTENDANCE SHEET**

EMPLOYEE: Billy Lera

PAY PERIOD:

|  | Beginning Balance | Earn | Used | Ending Balance |
|---|---|---|---|---|
| ANNUAL |  |  |  |  |
| SICK |  |  |  |  |
| CREDIT |  |  |  |  |
| COMP |  |  |  |  |

| DATES | EMP. Init | TIME IN | TIME OUT | AMNT & TYPE OF LEAVE | COMMENT |
|---|---|---|---|---|---|
| SUN 4/28 |  |  |  |  |  |
| MON 4/29 |  | — | S/L | 10:15 AM someone called in sick | exes 4/30 |
| TUES 4/30 |  | 7:00 | 3:30 | left 3:30 to go to Dr. K. St. 1 CRW | 1 CRWD |
| WED 5/1 |  | OFFICE |  |  | 1 CRT |
| THUR 5/2 |  | Flexiplace |  |  |  |
| FRI 5/3 |  | Flexiplace |  |  |  |
| SAT 5/4 |  |  |  |  |  |
| SUN 5/5 |  |  |  |  |  |
| MON 5/6 |  | 7:00 – 9:30 / 3:30 – 4:00 |  | Flexiplace |  |
| TUES 5/7 |  | 7:00 | 3:30 | OFFICE |  |
| WED 5/8 |  | 7:00 | 3:30 |  |  |
| THUR 5/9 |  |  |  | 8 Leave A/L |  |
| FRI 5/10 |  |  |  | Flexiplace |  |
| SAT 5/11 |  |  |  |  |  |

PLEASE RETURN TO VICTORIA BY 10:00am on