UNSWORN DECLARATION

Subject: Discrimination Complaint of <u>Bernadette Billy-Lera</u>, TD No. <u>02-2421T</u>

<u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>

In accordance with the provisions of 28 U. S. C. 1746, I, the undersigned, <u>Tess Tillotson</u>, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above stated subject:

1. **Please list the city, state and county where you are currently employed.**
   I am employed in Washington, DC.

2. **Please state your name, place of employment, position title, series and grade.**
   Name:            Tes Tillotson
   Employment location: Washington, DC.
   Position: Coordinator, Planning & Special Projects.
   Series & grade:      GS512-13.

3. **Please identify your working relationship, past and present, to the Complainant.**
   Our work relationship is professional.

4. **How long have you been employed with the Internal Revenue Service?**
   I have 30 years of government service, 20 years with the IRS.

   **How long have you been assigned to your current position?**
   From June 1999 to the present.

5. **Please state your employment background for two (2) years prior to your current position.**
   For the past two years I have either been detailed into this position or held it permanently, as is the case at present.

Whether the Complainant was subjected to harassment since May 2001 in retaliation for her previous participation in the EEO complaints process, when her manager:

(1) subjects her to unannounced audits, restricts her travel on audits to foreign countries, and fails to assign her cases requiring international travel;
  a) IRS employees are forbidden to audit those persons we are acquainted with. The manager most likely is reviewing the subject's work product. This is a routine management tool. These reviews occur more frequently when an employee has mostly overage cases in their inventory.

  b) Working as a revenue agent in International Area 15, does in some instances require the revenue agent to travel outside the United States to conduct an audit, i.e. if the books and records are located outside the United States and are too voluminous to mail. Small one issue audits and adjusting the Foreign Tax Credit generally do not require foreign travel.

UNSWORN DECLARATION

    c) National Office dictates the projects to be worked, and there are cases deemed priority work that must be worked, i.e. claims, carrybacks, Doubt to Liability Offer-in-Compromise, etc. To receive new cases a revenue agent must keep their inventory current and flowing to completion.

(2) writes her petty memoranda, stands over her desk while she is working, interrupts her frequently, exhibits intimidating behavior, most recently on June 4, 2002, frequently asks her to come to her office; and contacts her at her home while she is on leave and/or during non-work hours;

    This complaint is a one-on-one issue between the manager and the complainant. I don't believe anyone except the manager and the complainant would see these memoranda or know about phone calls placed to the complainant at home. The phone calls would have been placed from the manager's office on the third floor.

    The complainant's manager does not have a threatening or intimidating personality.

    I have no knowledge about the complainant being contacted while on leave. It may happen in situations where a statute is imminent in order to protect the government's interests..

(3) delays in approving her travel advances, most recently on March 27, 2002, and denies her travel benefits:

    Travel advances are only approved for someone who does not have a government credit card. All revenue agents in this office were given the opportunity to apply. If the credit card was suspended for lack of payment a travel advance would be needed. The IRS has established time frames for applying for and receiving travel advance money. EXAMPLE: If the travel is taking place in June the advance money can not be requested and received in March to sit and earn interest in the traveler's bank account, or be used to pay personal credit obligations.

    I don't know of any travel benefits revenue agents are suppose to receive, and can not comment on this part of question (3).

(4) fails to assign her cases consistent with her grade level;

    National Office has broadened and relaxed the definition of the levels of work. Our jurisdiction of casework encompasses the US possessions, APO/FPO, and U.S. and naturalized citizens living/working abroad who generally don't have flow-through entities, or corporations. Higher graded revenue agents are being assigned lower graded priority work.

(5) denies her the opportunity to act as manager;

UNSWORN DECLARATION

> Acting Managers have an obligation to keep current in the cases assigned to them, and to have the knowledge and background to take over all aspects of the manager's job.

(6) forced her to work a case that had never been assigned to her in January 2002;

> I don't know the circumstances and can not comment.

(7) refused to grant her administrative leave to speak with an Employee Assistance Program (EAP) counselor in March 2002;

> I have no knowledge of this and cannot comment.

(8) gave her a late, unfair annual appraisal on April 30, 2002, covering the rating period February 2001 through January 31, 2002, that was not based on prior case reviews or a self-assessment;

> I believe in September 2001, the IRS implemented revised the critical elements for revenue agents. All evaluations were pushed back two months. If the complainant's annual evaluation was due January 31, 2002, the new date would have been March 31, 2002. There is a 30-day grace period allowed the manager extending the due date to April 30, 2002.

(9) gave her an unfair mid-year evaluation with no narrative in August 2002; and

> I don't know anything about the evaluations of given in the complainant's group.

(10) in August 2002, restricted the amount of time she was allowed to review her Employee Performance Folder (EPF) and included memoranda in the file that were never discussed with her.

> I don't know anything about the above situation.

1. **Ms. Bernadette Billy-Lera has alleged that Ms. Evelyn Stephens is the harasser. What is your relationship with the alleged harasser (friend or just a co-worker)? How long have you known the alleged harasser? Where is your office in relation to the office of the alleged harasser and the Complainant?**

   **My relationship with the alleged harasser is as a co-worker. The entire office met the alleged harasser approximately July 2001 when she was detailed to the position she now holds. The alleged harasser has an office on the 3rd floor. My office is on the promenade. There are two floors between us. There is approximately 30-40 feet between my cubicle and the cubicle of the alleged haressee.**

Page 3 of 5

UNSWORN DECLARATION

2. What did you see or hear? When did this occur? Describe the alleged harasser's behavior toward the complainant and toward others in the workplace.

   The alleged harasser is always professional in her interactions with her employees and with her co-workers. As to the incidents noted above I didn't see or hear anything. I have observed the manager trying to help the complainant with various computer programs such as TRAS, and RGS. It is extremely rare that the complainant's manager is on the promenade level.

3. Did the Complainant talk of the alleged harassment to you? If so, describe the conversation and date of occurrence.

   No. She is aggressively belligerent and pugnacious towards most people all of the time.

4. Did you observe any inappropriate behavior by the alleged harasser toward the Complainant? If so, describe and give dates of occurrence. Did you observe the Complainant's reaction? If so, describe.

   I have never observed any inappropriate behavior by the alleged harasser toward the complainant or anyone else.

5. Has the alleged harasser harassed you? If so, describe. When? Did you complain to management? What actions did management take? Were the actions sufficient to stop the harassment?

   No.

6. Have you observed any inappropriate behavior by the alleged harasser towards anyone else? Describe. Identify person. Date of occurrence.

   No.

7. Have you received any information/training from management regarding harassment? If so, describe. When.

   Our office holds yearly training on sexual harassment.

8. Describe the general atmosphere of the office (in terms of offensive behavior, unprofessional behavior, demeaning attitudes and communications, etc.).

   The office has a professional atmosphere intertwined with yet a happy and

Page 4 of 5

UNSWORN DECLARATION

    warm ambiance.

9. Do you know of any other relevant information?

    No.

10. Are there other persons who have relevant information?

    I don't know of any.

-------------------------------------------------------------------------------

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-5-03 at Washington DC
           (Date)           (City & State)

                             SIGNATURE