UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNADETTE BILLY-LERA )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>JOHN W. SNOW, Secretary, )<br>U.S. Treasury Department, )<br>        Defendant. )<br> ) | Civil Action No. 05-1273 (JR) |

ORDER

Upon consideration of defendant's motion for summary judgment as to Count One of the Complaint, the plaintiff's response thereto, and the entire record in this matter, it is hereby

ORDERED that the motion for summary judgment is GRANTED and Count One is DISMISSED.

Date: _____
                                    UNITED STATES DISTRICT JUDGE