## AFFIDAVIT

I, Aaron Asaraf, do hereby swear:

1. I am over eighteen years of age and have personal knowledge about the technical matters discussed below.

2. I am a loan officer with Washington Mutual Home Loan Center, the third largest retail mortgage corporation in the Washington metropolitan area. Part of my job is to make eligibility assessments for potential mortgage loan customers based on a review of their credit histories and their credit scores.

3. I have no personal relationship with Bernadette Billy-Lera and, indeed, I have never even met her. The conclusions that I have reached about Ms. Billy-Lera's credit eligibility have been made using standard industry assessments.

4. I understand that Ms. Billy-Lera's government credit card, issued by a Citicorp lender, was suspended for nonpayment. This fact alone is enough to reduce a borrower's credit score substantially. Regardless of the reason for the suspension, in my experience, a suspended credit card can be the difference between qualifying for a loan and being turned down for a loan or being charged a higher interest rate.

5. At the very least, a suspended credit card can disqualify a potential borrower from prime lenders and thus limit their source of mortgages to so-called sub-prime lenders. The total cost of funds for sub-prime can literally be ten percentage points higher.

6. In my opinion, the impact upon a potential borrower's credit history for a suspended credit card is a serious matter that constitutes genuine harm.

_____
Aaron Asaraf

_____
Notary Public

Sworn to and subscribed before me this 28th day of July 2006.

**MARK HESSEL**
**NOTARY PUBLIC STATE OF MARYLAND**
**My Commission Expires April 1, 2009**

EXHIBIT B