## ATTESTATION TO AUTHENTICITY OF RECORDS

I CERTIFY THAT THE MATERIAL ON THIS PAGE AND ON THE PAGES BEARING MY INITIALS ARE TRUE (COPIES) (EXTRACTS) OF _a letter in_ _EEF of Complainant_. THE OFFICIAL DOCUMENT FROM WHICH THE (COPIES) (EXTRACTS) WERE MADE IS MAINTAINED ON FILE IN _Evelyn Stephen's Office_ at _ALS_

(SIGNATURE) _Nancy Dunford_
(Printed Name) _NANCY DUNFORD_
(Organization Title) _EEO Investigator_
Dated _11/14/02_
       mo/day/yr)

506

EXHIBIT C