Part I - Administration
Handbook 1278 National Office Manager's Handbook
SubSubSection 225.891 Purpose
Date last amended 1/22/1991

--------------------------------------------------------------------

(1). OPM requires that an Employee Performance _File_, separate from the Official Personnel Folder (OPF), be maintained for each federal employee. It is important to understand that the EPF is not simply a folder but a complete system of records covered by the Privacy Act. Consequently, the manner in which files are kept in a particular organization will dictate whether certain portions of the system are maintained by a supervisor and/or a designated management representative. Since the EPF will be comprised of the entire system of records, the documents comprising the EPF must be readily available. However, they need not be maintained in a central location. Specific instructions on the content of these files follows.

(2). In the National Office, these files will be maintained by an employee's supervisor and/or designated management representative and will contain only performance related documents and appraisal forms relative to the employee. Since the EPF System is covered by the Privacy Act, it is your responsibility to ensure the security and confidentiality of the information contained therein. The EPF should not contain information concerning an employee's conduct or any informal notes concerning the employee. The EPF will be clearly labeled Employee Performance Folder and will be identified with the employee's name and social security number.

(3). EPFs for employees covered by the Performance Management System (PMS) shall contain, at a minimum, the following:

(a). A copy of the employee's Elements and Standards.

(b). A copy of Form 6774, Receipt for Job Elements and Performance Standards, signed and dated by the employee. This form will be retained for three years.

(c). A copy of the employee's Annual Performance Rating or Forms 3860 and 6850 with supporting narrative. These forms will be retained for three years.

(d). Any supporting documentation for determinations made on those forms. This documentation will be retained for as long as it is needed, not to exceed three years.

(4). EPFs for employees covered by the PMRS-Extended System shall, at a minimum, contain the following:

(a). A copy of Form 6477A, Merit Pay Expectations.

(b). A copy of Form 3860 authorizing employee's receipt of within-grade.

(c). A copy of any interim Merit Pay Appraisal which has not been included in a summary appraisal for the entire waiting period. Interim appraisals which have been considered and incorporated into summary appraisals need not be retained for the life of the summary appraisal.

(d). A copy of employee's Annual Performance Rating, Form 6774. There will be a three year retention period for these ratings.

(e). Any supporting documentation for determinations made on the forms listed above. This documentation will be retained for as long as it is needed, not to exceed three years.

(5). EPFs for employees covered by PMRS shall contain, at a minimum, the


EXHIBIT D

following:

(a). A copy of Form 6477A, Merit Pay Expectations.

(b). A copy of any interim Merit Pay Appraisal which has not been included in a summary appraisal for the entire waiting period. Interim appraisals which have been considered and incorporated into summary appraisals need not be retained for the life of the summary appraisal.

(c). A copy of the employee's Annual Performance Rating, Form 6774. There will be a three year retention period for these ratings.

(d). Any supporting documentation for determinations made on the forms listed above. This documentation will be retained for as long as it is needed not to exceed three years.