UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNADETTE S. BILLY-LERA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | Case No.  1:05CV01273 (JR) |
| JOHN W. SNOW, Secretary ) | |
| U.S. Department of the Treasury, ) | |
| ) | |
| Defendant ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this matter hereby stipulate and agree to dismiss the captioned matter with prejudice.  Each party will bear its own costs.

Respectfully submitted,

_____          _____
MARK LESLIE LEEMON                JEFFREY A. TAYLOR, D.C. Bar# 498610
Special Needs Law Center          United States Attorney
11501 Georgia Avenue
Suite 307                         _____
Wheaton, MD 20902                 RUDOLPH  CONTRERAS, D.C. Bar #  434122
(301) 946-2112                    Assistant United States Attorney
Counsel for Plaintiff

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

Counsel for Defendant